IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01198-MEH

MICHELLE L. VASQUEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on March 11, 2015, incorporated herein by reference, it is

ORDERED that the decision of the ALJ that Plaintiff Michelle Vasquez was not disabled is REVERSED AND REMANDED. It is

FURTHER ORDERED that the matter is REVERSED AND REMANDED to the Commissioner for further consideration and/or clarification in accordance with the order and judgment. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Michelle Vasquez, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED at Denver, Colorado this  12th  day of March, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid, Deputy Clerk