IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01198-MEH

MICHELLE L. VASQUEZ,

      Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

      Defendant.

_____

**ORDER**
_____

**Michael E. Hegarty, United States Magistrate Judge**.

      Before the Court is a Stipulation to Attorney Fees Under the Equal Access to Justice Act

("EAJA") [filed May 21, 2015; docket #26], construed by the Court as a motion.  The motion is

**granted**.

      Under *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court

belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. §

3716(c)(3)(B) (2006)). Therefore, the EAJA fees in the amount of $5,588.00 should be paid to

Plaintiff.

      The Commissioner recognizes that Plaintiff assigned her right to EAJA fees to her attorney.

If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff does

not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive

the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's

attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner

cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees

after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated at Denver, Colorado this 29th day of May, 2015.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge